UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| SCOTT ACQUISITION CORP., et al., | ) | Case No. 04-12594 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| MONTAGUE S. CLAYBROOK, | ) | |
| as Chapter 7 Trustee of the Estates of | ) | Adv. No. 06-50821 |
| Scott Acquisition Corp., et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BROAD AND CASSEL, P.A., | ) | |
| ROBERT F. MALLET, L.L.C., and | ) | |
| ROBERT F. MALLET, | ) | |
| | ) | |
| Defendants. | ) | |

## BROAD DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) and of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure, Broad and Cassel, P.A.[1], Robert F Mallett, L.L.C. ("Mallett"), and Robert F. Mallett ("Mallett") (collectively, "Broad Defendants") move to dismiss this action brought by Montague Claybrook, as Trustee of Scott Acquisition Corp. and Scotty's Inc. (hereinafter "Trustee" or "Plaintiff"; the corporate entities shall be referred to as "Scotty's" or "Debtor"). In Support of this Motion, the Broad Defendants respectfully refer the Court to the Broad Defendants' Opening Brief in Support of the Broad Defendants' Motion to Dismiss and the

---

[1] Although the Trustee names Broad and Cassel, P.A., Broad and Cassel, P.A. did not represent the Debtor. Broad and Cassel, a Florida general partnership, represented the Debtor. This motion is presented as if the Trustee had sued Broad and Cassel, a Florida general partnership.

Exhibits and Unreported Cases attached thereto.

For all of the reasons set forth in the Opening Brief, Plaintiff's Complaint should be dismissed.

Dated: November 22, 2006
Wilmington, DE

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Elihu E. Allinson (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

MITRANI, RYNOR & ADAMSKY, P.A.
Isaac J. Mitrani, Esq.
Loren H. Cohen, Esq.
One Southeast Third Avenue
2200 SunTrust International Center
Miami, Florida 33131
Tel:    305/358-0050
Fax:    305/358-0550

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 22nd day of November, 2006, I caused a copy of the *Broad Defendants' Motion to Dismiss* via first class mail to the parties listed below:

Erica N. Finnegan, Esq.
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Craig P. Rieders, Esq.
Brett M. Amron, Esq.
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 S.E. 2nd Street
Suite 4400
Miami, FL 33131

*November 22, 2006*  /s/ William D. Sullivan
Date  William D. Sullivan